MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (CA Bar No. 150203)
Email: gpimstone@manatt.com
JOHN M. LEBLANC (CA Bar No. 155842)
Email: jleblanc@manatt.com
ILEANA M. HERNANDEZ (CA Bar No. 198906)
Email: ihernandez@manatt.com
SAMUEL A. CANALES (CA Bar No. 312178)
Email: scanales@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants* HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET LIFE INSURANCE COMPANY; HEALTH NET HEALTH PLAN OF OREGON, INC.; HEALTH NET OF ARIZONA, INC.; CENTENE CORPORATION; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY; CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA; CELTIC INSURANCE COMPANY; *and* NIPPON LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ABC SERVICES GROUP, INC., a Delaware corporation, in its capacity as assignee for the benefit of creditors of MORNINGSIDE RECOVERY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC.; HEALTH NET LIFE INSURANCE COMPANY; HEALTH NET, INC.; CENTENE CORPORATION; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Lead Case No. 8:19-cv-00243-DOC-DFM and other Consolidated Cases identified in Plaintiff's Response to the Court's November 27, 2019 Minute Order [ECF No. 150]<br><br>Hon. David O. Carter<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE CONSOLIDATED MOTION TO DISMISS HEARING AND THE PROCEEDING WITH THE SPECIAL MASTER** |

The defendants in the Lead Case and Case Nos. 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 16, 17, 18, 19, 21, 24, 27, 28, 29, 31, 34, 35, 38, 40, 41, 43, 46, 47, 48, 49, 55, 56, 57, 59, and 61 ("Defendants") identified in ECF No. 150 and Plaintiff ABC Services Group, Inc. ("ABC") hereby stipulate as follows.

**STIPULATION**

WHEREAS, Defendants filed a consolidated motion to dismiss ("Motion") that is set for hearing on March 16, 2020 at 8:30 a.m.

WHEREAS, Defendants and ABC agree to have the Motion taken under submission subject to the following concern raised by ABC:

> Due to the rapidly approaching dates already set in this case, ABC's first choice would be an in-person hearing for March 16, 2020. However, ABC is sensitive to the current travel restrictions imposed at the time of this Stipulation, as well as those which may be imposed between now and March 16, 2020. ABC has no objection to the participation by any party through means other than in-person.

WHEREAS, Defendants and ABC agree, if necessary, to provide the Court with any requested supplemental briefing related to the Motion.

WHEREAS, the Court ordered Defendants and ABC to meet with the Special Master on March 16, 2020 at 8:00 a.m.

WHEREAS, in light of current and possible additional travel restrictions, and with the same concerns raised above by ABC, Defendants and ABC request that the Court allow the parties to participate in a telephonic conference with the Special Master to discuss outstanding discovery issues when convenient for the Special Master.

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, and subject to the reservations raised by ABC above, hereby stipulate as follows:

1. Defendants and ABC agree to have the Motion taken under submission by the Court.

2. Defendants and ABC agree, if necessary, to provide the Court with any requested supplemental briefing related to the Motion.

3. In light of current and possible additional travel restrictions, Defendants and ABC request that the Court allow the parties to participate in a telephonic conference with the Special Master to discuss outstanding discovery issues whenever convenient for the Special Master.

**IT IS SO STIPULATED.**

Dated: March 12, 2020          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ileana M. Hernandez
Gregory N. Pimstone
John M. LeBlanc
Ileana M. Hernandez
Samuel A. Canales
*Attorneys for Defendants* HEALTH NET, INC.; HEALTH NET OF CALIFORNIA, INC.; HEALTH NET LIFE INSURANCE COMPANY; HEALTH NET HEALTH PLAN OF OREGON, INC.; HEALTH NET OF ARIZONA, INC.; CENTENE CORPORATION; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY; CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA; CELTIC INSURANCE COMPANY; *and* NIPPON LIFE INSURANCE COMPANY OF AMERICA

Dated: March 12, 2020          GARNER HEALTH LAW CORPORATION

By: /s/ Craig B. Garner
Craig B. Garner
*Attorneys for Plaintiff* ABC SERVICES GROUP, INC.

| | | |
|---|---|---|
| 1 | Dated: March 13, 2020 | FRANTZ WARD, LLP |
| 2 | | ALVARADOSMITH<br>A Professional Corporation |
| 4 | | By: /s/ S.Christopher Yoo |
| 5 | | S. Christopher Yoo<br>Jacob M. Clark |
| 6 | | *Attorneys for Defendants* MEDICAL MUTUAL OF OHIO; MEDICAL MUTUAL SERVICES, LLC; MEDMUTUAL LIFE INSURANCE COMPANY; *and* MEDICAL HEALTH INSURING CORPORATION OF OHIO |
| 10 | Dated: March 13, 2020 | COOLEY LLP |
| 12 | | By: /s/ Mazda K. Anita |
| 13 | | Mazda K. Anita<br>Matthew D. Caplan<br>Jeanne L. Detch |
| 14 | | *Attorneys for Defendants* CIGNA HEALTHCARE OF CALIFORNIA, INC.; CIGNA BEHAVIORAL HEALTH OF CALIFORNIA, INC.; *and* CIGNA HEALTH AND LIFE INSURANCE COMPANY |
| 19 | Dated: March 13, 2020 | TROUTMAN SANDERS LLP |
| 21 | | By: /s/ Steven D. Allison |
| 22 | | Steven D. Allison<br>Chad R. Fuller<br>Samrah R. Mahmoud<br>Virginia Bell Flynn |
| 23 | | *Attorneys for Defendants* ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM, INC.; *and* ANTHEM, INC. DBA ANTHEM HEALTH, INC. |

| | | |
|---|---|---|
| 1 | Dated: March 13, 2020 | CALVO, FISHER & JACOB, LLP |
| 2 | | |
| 3 | | By: /s/ Rodney J. Jacob |
| 4 | | Rodney J. Jacob<br>*Attorneys for Defendant* HMC HEALTHWORKS, INC. |
| 5 | | |
| 6 | | |
| 7 | Dated: March 13, 2020 | VON BEHREN & HUNTER LLP |
| 8 | | |
| 9 | | By: /s/ Carol B. Lewis |
| 10 | | William E. von Behren<br>Carol B. Lewis |
| 11 | | *Attorneys for Defendant* CONNECTICARE, INC. |
| 12 | | |
| 13 | Dated: March 13, 2020 | MURCHISON & CUMMING, LLP |
| 14 | | |
| 15 | | By: /s/ William D. Naeve |
| 16 | | William D. Naeve<br>*Attorneys for Defendant* COMMON GROUND HEALTHCARE |
| 17 | | COOPERATIVE |
| 18 | | |
| 19 | Dated: March 13, 2020 | LEWIS BRISBOIS BISGAARD & SMITH |
| 20 | | |
| 21 | | By: /s/ Joseph C. Campo |
| 22 | | Joseph C. Campo<br>*Attorneys for Defendant* PACIFICSOURCE HEALTH PLANS |

| | | |
|---|---|---|
| 1 | Dated: March 13, 2020 | LATHROP GPM, LLP |
| 2 | | |
| 3 | | By: /s/ Gregory R. Merz |
| 4 | | Gregory R. Merz<br>Amy Erickson |
| 5 | | Alexandra Roje<br>*Attorneys for Defendant* GROUP HEALTH PLAN, D/B/A HEALTHPARTNERS |
| 6 | | |
| 7 | | |
| 8 | Dated: March 13, 2020 | CROWELL & MORING LLP |
| 9 | | |
| 10 | | By: /s/ Daniel M. Glassman |
| 11 | | Jennifer S. Romano<br>April N. Ross |
| 12 | | Daniel M. Glassman<br>Dylan S. Burstein |
| 13 | | Stephanie V. Phan<br>*Attorneys for Defendants* UNITED HEALTHCARE SERVICES, INC.; |
| 14 | | UNITED BEHAVIORAL HEALTH; OPTUM SERVICES, INC.; UNITED |
| 15 | | MEDICAL RESOURCES, INC.; SIERRA HEALTH AND LIFE INSURANCE |
| 16 | | COMPANY; *and* GOLDEN RULE INSURANCE COMPANY |
| 17 | | |
| 18 | | |
| 19 | Dated: March 13, 2020 | KARR TUTTLE CAMPBELL |
| 20 | | |
| 21 | | By: /s/ J. Dino Vasquez |
| 22 | | J. Dino Vasquez<br>*Attorneys for Defendants* PROVIDENCE HEALTH PLAN; PROVIDENCE HEALTH |
| 23 | | & SERVICES; *and* PROVIDENCE HEALTH ASSURANCE |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 13, 2020 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | By: /s/ Michael A. Naranjo |
| 4 | | Michael A. Naranjo<br>Kimberly A. Klinsport<br>Jason Y. Wu |
| 5 | | *Attorneys for Defendants* USABLE MUTUAL INSURANCE COMPANY D/B/A ARKANSAS BLUE CROSS AND BLUE SHIELD AND BLUEADVANTAGE ADMINISTRATORS OF ARKANSAS; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; *and* BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY |
| 11 | Dated: March 13, 2020 | COOPER & SCULLY, P.C. |
| 13 | | By: /s/ Alan Law |
| 14 | | Derek Davis<br>Alan Law |
| 15 | | *Attorneys for Defendants* SCOTT AND WHITE HEALTH PLAN; SCOTT AND WHITE HEALTHCARE; *and* SCOTT AND WHITE CARE PLANS |
| 18 | Dated: March 13, 2020 | HUNTON ANDREWS KURTH LLP |
| 20 | | By: /s/ Bridget B. Vick |
| 21 | | Ann Marie Mortimer<br>Jason J. Kim<br>John B. Shely<br>Bridget B. Vick |
| 22 | | *Attorneys for Defendants* BLUECROSS BLUESHIELD OF TENNESSEE, INC. |

| | | |
|---|---|---|
| 1 | Dated: March 13, 2020 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Ronald K. Alberts<br>Ronald K. Alberts |
| 5 | | Sylvia Joo<br>*Attorneys for Defendant* HUMANA HEALTH PLAN OF CALIFORNIA, INC.; |
| 6 | | HUMANA BEHAVIORAL HEALTH INC.; HUMANA INC.; HUMANA INSURANCE |
| 7 | | COMPANY; HUMANA MEDICAL PLAN; HUMANA EMPLOYERS HEALTH PLAN |
| 8 | | OF GEORGIA, INC.; HUMANA HEALTH BENEFIT PLAN OF LOUISIANA, INC.; |
| 9 | | HUMANA HEALTH PLAN OF TEXAS, INC.; *and* HUMANA HEALTH PLAN, |
| 10 | | INC. |
| 11 | | |
| 12 | Dated: March 13, 2020 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 13 | | |
| 14 | | By: /s/ Elise D. Klein<br>Elise D. Klein |
| 15 | | *Attorneys for Defendants* COMPSYCH CORPORATION; MEDICA |
| 16 | | CORPORATION; VALUEOPTIONS FEDERAL SERVICES, INC.; |
| 17 | | VALUEOPTIONS OF CALIFORNIA, INC.; BEACON HEALTH STRATEGIES, |
| 18 | | LLC; *and* BEACON HEALTH OPTIONS, INC. |
| 19 | | |
| 20 | Dated: March 13, 2020 | CALL & JENSEN<br>A Professional Corporation |
| 21 | | |
| 22 | | |
| 23 | | By: /s/ Nilab Rahyar Tolton<br>Chris C. Scheithauer |
| 24 | | Nilab Rahyar Tolton<br>*Attorneys for Defendant* UNITED CLAIM |
| 25 | | SOLUTIONS, LLC DBA VALENZ CLAIM |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: March 13, 2020 | | FOX ROTHSCHILD LLP |
| | By: | /s/ Benjamin H. McCoy |
| | | John Shaeffer |
| | | Benjamin H. McCoy |
| | | *Attorneys for Defendants* AETNA HEALTH AND LIFE INSURANCE COMPANY; MERITAIN HEALTH, INC.; COVENTRY HEALTH CARE, INC.; MHNET SPECIALTY SERVICES, LLC; *and* FIRST HEALTH GROUP CORPORATION |
| Dated: March 13, 2020 | | REED SMITH LLP |
| | By: | /s/ Farah Tabibkhoei |
| | | Amir Shlesinger |
| | | Farah Tabibkhoei |
| | | Jonathan D. Gershon |
| | | *Attorneys for Defendant* HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, DOING BUSINESS IN OKLAHOMA AS BLUE CROSS AND BLUE SHIELD OF OKLAHOMA; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY; MOLINA HEALTHCARE, INC.; *and* MOLINA HEALTHCARE OF CALIFORNIA, INC. |
| Dated: March 13, 2020 | | HINSHAW & CULBERTSON LLP |
| | By: | /s/ Robert C. Bohner |
| | | Robert C. Bohner |
| | | *Attorneys for Defendant* LIFESHIELD NATIONAL INSURANCE COMPANY |

Dated: March 13, 2020     DOLL AMIR ELEY LLP

By: /s/ Krista Hernandez
Krista Hernandez
*Attorneys for Defendant* AMERIHEALTH INSURANCE COMPANY OF NEW JERSEY DBA AMERIHEALTH NEW JERSEY, A NEW JERSEY CORPORATION

\* Pursuant to Local Rule 5-4.3.4.(a)(2)(i), the filing party attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

STIPULATION AND [PROPOSED] ORDER RE: CONSOLIDATED MOTION TO DISMISS AND PROCEEDING WITH SPECIAL MASTER

MANATT, PHELPS & PHILLIPS, LLP  ATTORNEYS AT LAW  LOS ANGELES

# **[PROPOSED] ORDER**

Good cause appearing, the Court approves the foregoing stipulation of the parties, and orders as follows:

1. The Court hereby takes the Motion under submission.

2. Defendants and ABC are ordered to provide the Court with any requested supplemental briefing related to the Motion.

3. Defendants and ABC are ordered to participate in a telephonic conference with the Special Master to discuss outstanding discovery issues whenever convenient for the Special Master.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                    David O. Carter
                                                                    United States District Court Judge