Craig B. Garner (CA State Bar No. 177971)
Garner Health Law Corporation
13274 Fiji Way, Suite 250
Marina del Rey, CA 90292
Tel.: 310-458-1560
Email: craig@garnerhealth.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABC Group Services, Inc., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Health Net of California, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>8:19-cv-00243-DOC-DFM<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) COMMON GROUND HEALTHCARE COOPERATIVE only (originally filed as case no. 8:19-cv-02210).
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ABC Group Services, Inc.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| July 20, 2020<br>*Date* | /s/ Craig B. Garner<br>*Signature of Attorney/Party* |

*NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*__F.R.Civ.P. 41(c):__ Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2020, I caused the

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a) or (c) AS TO COMMON GROUND HEALTHCARE COOPERATIVE ONLY**

to be served upon counsel in the manner described below:

Participants in the case who are registered CM/ECF users will be served by the Central District CM/ECF system.
**VIA THE CENTRAL DISTRICT CM/ECF SYSTEM**

*Special Master*

Stephen G Larson
Larson O'Brien LLP
555 South Flower Street Suite 4400
Los Angeles, CA 90071
213-436-4864
slarson@larsonobrienlaw.com

*Aetna Health and Life Insurance Company*

Benjamin H. McCoy
Fox Rothchild LLP
10 Sentry Parkway, Suite 200
Blue Bell, PA 19422
610-397-7972
bmccoy@foxrothschild.com

John Shaeffer
Fox Rothschild LLP
10250 Constellation Boulevard
Suite 900
Los Angeles, CA 90067
310-598-4150
jshaeffer@foxrothschild.com

*Anthem Blue Cross Life and Health Insurance Company*

*Blue Cross of California, Inc.*

Steven D Allison
Samrah R Mahmoud
Troutman Sanders LLP
5 Park Plaza Suite 1400
Irvine, CA 92614
949-622-2700
steve.allison@troutman.com
samrah.mahmoud@troutman.com

Virginia Bell Flynn
Troutman Sanders LLP
4320 Fairfax Drive
Dallas, TX 75205
804-697-1480
virginia.flynn@troutman.com

Chad R Fuller
Troutman Sanders LLP
11682 El Camino Real Suite 400
San Diego, CA 92130
858-509-6000
chad.fuller@troutman.com

*Blue Cross and Blue Shield of Alabama*

Neil J Barker
Neil J Barker APC
225 South Lake Avenue Suite 300
Pasadena, CA 91101
626-440-5980
neiljbarker@sbcglobal.net

*Health Care Service Corporation*

Jonathan Daniel Gershon
Amir Shlesinger
Farah Tabibkhoei
Reed Smith LLP
335 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
213-457-8000
jgershon@reedsmith.com
ashlesinger@reedsmith.com
ftabibkhoei@reedsmith.com

Dan J Hofmeister, Jr
Reed Smith LLP
10 South Wacker Drive Suite 4000
Chicago, IL 60606
312-207-6545
dhofmeister@reedsmith.com

*Blue Cross and Blue Shield of Kansas City*

Jonathan Daniel Gershon
Amir Shlesinger
Farah Tabibkhoei
Reed Smith LLP
335 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
213-457-8000
jgershon@reedsmith.com
ashlesinger@reedsmith.com
ftabibkhoei@reedsmith.com

Dan J Hofmeister, Jr
Reed Smith LLP
10 South Wacker Drive Suite 4000
Chicago, IL 60606
312-207-6545
dhofmeister@reedsmith.com

*Blue Cross and Blue Shield of Kansas Inc*

Kimberly Ann Klinsport
Foley and Lardner LLP
555 South Flower Street Suite 3300
Los Angeles, CA 90071-2411
213-972-4500
kklinsport@foley.com

Michael A Naranjo
Jason Yon-Wai Wu
Foley and Lardner LLP
555 California Street Suite 1700
San Francisco, CA 94104
415-434-4484
mnaranjo@foley.com
jwu@foley.com

*USable Mutual Insurance Company*

Kimberly Ann Klinsport
Foley and Lardner LLP
555 South Flower Street Suite 3300
Los Angeles, CA 90071-2411
213-972-4500
kklinsport@foley.com

Michael A Naranjo
Jason Yon-Wai Wu
Foley and Lardner LLP
555 California Street Suite 1700
San Francisco, CA 94104
415-434-4484
mnaranjo@foley.com
jwu@foley.com

*Bluecross Blueshield of Tennessee Inc.*

Jason Jonathan Kim
Ann Marie Mortimer
Hunton Andrews Kurth LLP
550 South Hope Street Suite 2000
Los Angeles, CA 90071
213-532-2000
kimj@huntonak.com
amortimer@huntonAK.com

John B Shely
Bridget B Vick
Hunton Andrews Kurth LLP
600 Travis Street Suite 4200
Houston, TX 77002
713-220-4200
jshely@huntonak.com
bvick@huntonak.com

*Humana Behavioral Health, Inc.*
*Humana Health Plan of California Inc.*
*Humana Inc.*
*Humana Insurance Company*

Ronald K Alberts
Norvik Azarian
Gordon Reese Scully Mansukhani LLP
633 West Fifth Street 52nd Floor Los Angeles, CA 90071
213-576-5000
ralberts@grsm.com
nazarian@grsm.com

| | |
|---|---|
| 1 | *United Behavioral Health* |
| 2 | *United Healthcare Services Inc.* |
|   | *Optum Services, Inc.* |
| 3 | |
| 4 | Dylan Scott Burstein |
|   | Crowell and Moring LLP |
| 5 | 515 South Flower Street 40th Floor |
| 6 | Los Angeles, CA 90071 |
|   | 213-622-4750 |
| 7 | dburstein@crowell.com |
| 8 | |
| 9 | Daniel M Glassman |
|   | Stephanie V Phan |
| 10 | Jennifer S. Romano |
|   | Crowell and Moring LLP |
| 11 | 3 Park Plaza 20th Floor |
| 12 | Irvine, CA 92614-8505 |
|   | 949-263-8400 |
| 13 | dglassman@crowell.com |
| 14 | sphan@crowell.com |
|   | jromano@crowell.com |
| 15 | |
| 16 | *Scott and White Health Plan* |
|   | *Scott and White Healthcare* |
| 17 | *Scott and White Care Plans* |
| 18 | |
| 19 | Derek Davis |
|   | Alan Law |
| 20 | Cooper & Scully, P.C. |
|   | 505 Sansome Street |
| 21 | Suite 1550 |
| 22 | San Francisco, California 94111 |
|   | 415-956-9700 |
| 23 | derek.davis@cooperscully.com |
| 24 | alan.law@cooperscully.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

*Cigna HealthCare of California, Inc.*
*Cigna Behavioral Health of California, Inc.*
*Cigna Health and Life Insurance Company*

Jeanne Louise Detch
Mazda K. Antia
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
858-550-6000
jdetch@cooley.com
mantia@cooley.com

Matthew D. Caplan
Cooley LLP
1333 2nd St. Suite 400
Santa Monica, CA 90401
415-693-2000
mcaplan@cooley.com

*HMC Healthworks, Inc.*

Kathleen V. Fisher
Rodney James Jacob
Calvo Fisher and Jacob LLP
535 Pacific Avenue
Suite 201
San Francisco, CA 94133
415-374-8370
kfisher@calvofisher.com
rjacob@calvofisher.com

*Providence Health Plan*

Jose Dino Vasquez
Karr Tuttle Campbell
701 5th Avenue
Suite 3300
Seattle, WA 98104
206-223-1313
dvasquez@karrtuttle.com

Arden J. Olson
Harrang Long Gary Rudnick PC
Oakway Financial Center
497 Oakway Road
Suite 380
Eugene, OR 97401
541-485-0220
Arden.j.olson@harrang.com

*United Medical Resources, Inc.*

Dylan Scott Burstein
Crowell and Moring LLP
515 South Flower Street 40th Floor
Los Angeles, CA 90071
213-622-4750
dburstein@crowell.com

Daniel M Glassman
Stephanie V Phan
Jennifer S. Romano
Crowell and Moring LLP
3 Park Plaza 20th Floor
Irvine, CA 92614-8505
949-263-8400
dglassman@crowell.com
sphan@crowell.com
jromano@crowell.com

1  ***MHNet Specialty Services LLC***

2

3  Benjamin H. McCoy
   Fox Rothschild LLP
4  10 Sentry Parkway, Suite 200
   Blue Bell, PA 19422
5  610-397-7972
   bmccoy@foxrothschild.com
6

7  John Shaeffer
   Fox Rothschild LLP
8  10250 Constellation Boulevard
   Suite 900
9
   Los Angeles, CA 90067
10 310-598-4150
   jshaeffer@foxrothschild.com
11

12 ***Meritain Health, Inc.***

13

14 Benjamin H. McCoy
   Fox Rothschild LLP
15 10 Sentry Parkway, Suite 200
   Blue Bell, PA 19422
16 610-397-7972
   bmccoy@foxrothschild.com
17

18
   John Shaeffer
19 Fox Rothschild LLP
   10250 Constellation Boulevard
20 Suite 900
   Los Angeles, CA 90067
21 310-598-4150
   jshaeffer@foxrothschild.com
22

23

24

25

26

27

28

*First Health Group Corporation*

Benjamin H. McCoy
Fox Rothchild LLP
10 Sentry Parkway, Suite 200
Blue Bell, PA 19422
610-397-7972
bmccoy@foxrothschild.com

John Shaeffer
Fox Rothschild LLP
10250 Constellation Boulevard
Suite 900
Los Angeles, CA 90067
310-598-4150
jshaeffer@foxrothschild.com

*Connecticare, Inc.*

Carol Burney Lewis
William Von Behren
Von Behren & Hunter LLP
2041 Rosecrans Ave.
Suite 367
El Segundo, CA 90245
310-607-9111
Clewis@vbhlaw.com
bvonbehren@vbhlaw.com

*Golden Rule Insurance Company*

Dylan Scott Burstein
Crowell and Moring LLP
515 South Flower Street 40th Floor
Los Angeles, CA 90071
213-622-4750
dburstein@crowell.com

1  Daniel M Glassman
2  Stephanie V Phan
   Jennifer S. Romano
3  Crowell and Moring LLP
4  3 Park Plaza 20th Floor
   Irvine, CA 92614-8505
5  949-263-8400
6  dglassman@crowell.com
   sphan@crowell.com
7  jromano@crowell.com
8
   *Sierra Health and Life Company*
9
10 Dylan Scott Burstein
   Crowell and Moring LLP
11 515 South Flower Street 40th Floor
12 Los Angeles, CA 90071
   213-622-4750
13 dburstein@crowell.com
14
   Daniel M Glassman
15 Stephanie V Phan
16 Jennifer S. Romano
   Crowell and Moring LLP
17 3 Park Plaza 20th Floor
18 Irvine, CA 92614-8505
   949-263-8400
19 dglassman@crowell.com
20 sphan@crowell.com
   jromano@crowell.com
21
22 *Coventry Health Care, Inc.*
23
   Benjamin H. McCoy
24 Fox Rothchild LLP
   10 Sentry Parkway, Suite 200
25 Blue Bell, PA 19422
26 610-397-7972
   bmccoy@foxrothschild.com
27
28

John Shaeffer
Fox Rothschild LLP
10250 Constellation Boulevard
Suite 900
Los Angeles, CA 90067
310-598-4150
jshaeffer@foxrothschild.com

***Molina Healthcare, Inc.***
***Molina Healthcare of California, Inc.***

Jonathan Daniel Gershon
Amir Shlesinger
Farah Tabibkhoei
Reed Smith LLP
335 South Grand Avenue Suite 2900
Los Angeles, CA 90071-1514
213-457-8000
jgershon@reedsmith.com
ashlesinger@reedsmith.com
ftabibkhoei@reedsmith.com

***AmeriHealth Insurance Company of New Jersey***

Francis X. Manning
Stradley Ronon Stevens & Young LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002-2223
856-321-2403
fmanning@stradley.com

Mary Tesh-Glarum
Doll Amir and Eley LLP
725 S. Figueroa St.
Suite 3275
Los Angeles, CA 90017
213-542-3380
mglarum@dollamir.com

*Medical Mutual of Ohio*

S. Christopher Yoo
Alvaradosmith
1 MacArthur Pl., Suite 200
Santa Ana, CA 92707
714-852-6800
cyoo@alvaradosmith.com

*Pacificsource Health Plans*

Joseph C. Campo
Lewis Brisbois
633 W. 5th St.
Suite 4000
Los Angeles, CA 90071
213-680-5072
Joe.campo@lewisbrisbois.com

*Beacon Health Options, Inc.*
*Beacon Health Strategies, LLC*
*ValueOptions Federal Services, Inc.,*
*ValueOptions of California, n/k/a Beacon Health Options of California, Inc.*

Henry I. Willett, III
Christian & Barton LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
804-697-4130
hwillett@cblaw.com

*Common Ground Healthcare Cooperative*

William D. Naeve
Murchison & Cumming
18201 Von Karman Ave.
Suite 1100
Irvine, CA 92612
714-953-2233
wnaeve@murchisonlaw.com

*Providence Health Plan*

Arden J. Olson
Harrang Long Gary Rudnick PC
Oakway Financial Center
497 Oakway Road
Suite 380
Eugene, OR 97401
541-485-0220
Arden.j.olson@harrang.com

*/s/ Craig B. Garner*
Craig B. Garner
*Counsel for Plaintiff*