1
2
3
4
5                                                                    **JS-6**
6
7
8                    UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
10
   ABC SERVICES GROUP, INC., *et al.*,    | Lead Case: 8:19-cv-00243-DOC-DFM
11
                          Plaintiff,      | Hon. David O. Carter
12
            v.                            | **FINAL JUDGMENT**
13
   HEALTH NET OF CALIFORNIA,
14 INC., *et al.*,
15                        Defendants.
16
   AND CONSOLIDATED ACTIONS
17
18
19
20
21
22
23
24
25
26
27
28

**LEAD CASE CONSOLIDATED WITH:**

1. 8:19-cv-00531-DOC-DFM (*ABC Services Group, Inc. v. United Healthcare Services, Inc., et al.*)

2. 8:19-cv-00803-DOC-DFM (*ABC Services Group, Inc. v. USAble Mutual Insurance Company, et al.*)

3. 8:19-cv-00776-DOC-DFM (*ABC Services Group, Inc. v. Health Care Service Corporation, et al.*)

4. 8:19-cv-00789-DOC-DFM (*ABC Services Group, Inc. v. Blue Cross and Blue Shield of Alabama, et al.*)

5. 8:19-cv-00677-DOC-DFM (*ABC Services Group, Inc. v. Anthem Blue Cross Life and Health Insurance Company, et al.*)

6. 8:19-cv-00530-DOC-DFM (*ABC Services Group, Inc. v. Blue Shield Life and Health Insurance Company, et al.*)

7. 8:20-cv-00175-DOC-DFM (*ABC Services Group, Inc. v. Humana Behavioral Health, Inc., et al.*)

8. 8:19-cv-00777-DOC-DFM (*ABC Services Group, Inc. v. Defendants Aetna Health and Life Insurance Company, et al.*)

9. 8:19-cv-00804-DOC-DFM (*ABC Services Group, Inc. v. Bluecross Blueshield of Tennessee, Inc., et al.*)

10. 8:19-cv-02070-DOC-DFM (*ABC Services Group, Inc. v. Scott and White Health Plan., et al.*)

11. 8:19-cv-02125-DOC-DFM (*ABC Services Group, Inc. v. Cigna Healthcare of California, Inc., et al.*)

12. 8:19-cv-02136-DOC-DFM (*ABC Services Group, Inc. v. HMC Healthworks, Inc., et al.*)

13. 8:19-cv-02138-DOC-DFM (*ABC Services Group, Inc. v United Medical Resources, Inc., et al.*)

14. 8:19-cv-02163-DOC-DFM (*ABC Services Group, Inc. v. Connecticare, Inc., et al.*)

15. 8:19-cv-02165-DOC-DFM (*ABC Services Group, Inc. v. PacificSource Health Plans, et al.*)

2

**16.**   8:19-cv-02168-DOC-DFM (*ABC Services Group, Inc. v. Sierra Health and Life Insurance Company, Inc., et al.*)

**17.**   8:19-cv-02122-DOC-DFM (*ABC Services Group, Inc. v. Medical Mutual of Ohio, et al.*)

**18.**   8:19-cv-02242-DOC-DFM (*ABC Services Group, Inc. v. Group Health Plan, Inc., et al.*)

**19.**   8:19-cv-02183-DOC-DFM (*ABC Services Group, Inc. v. Golden Rule Insurance Company, et al.*)

**20.**   8:19-cv-02180-DOC-DFM (*ABC Services Group, Inc. v. Amerihealth Insurance Company of New Jersey, et al.*)

**21.**   8:19-cv-02182-DOC-DFM (*ABC Services Group, Inc. v. Meritain Health, Inc., et al.*)

**22.**   8:19-cv-02204-DOC-DFM (*ABC Services Group, Inc. v. Beacon Health Options, Inc., et al.*)

**23.**   8:19-cv-02131-DOC-DFM (*ABC Services Group, Inc. v. Coventry Health Care, Inc., et al.* [previously 8:19-cv-09432-DOC-DFM])

**24.**   8:19-cv-02219-DOC-DFM (*ABC Services Group, Inc. v. MHNet Specialty Services, LLC., et al.*)

**25.**   8:19-cv-02172-DOC-DFM (*ABC Services Group, Inc. v. Providence Health Plan, et al.*)

**26.**   8:19-cv-02171-DOC-DFM (*ABC Services Group, Inc. v. First Health Group Corporation, et al.*)

**27.**   8:19-cv-02118-DOC-DFM (*ABC Services Group, Inc. v. Molina Healthcare, Inc., et al.*)

**28.**   8:19-cv-02129-DOC-DFM (*ABC Services Group, Inc. v GHI, Inc., et al.*)[1]

---

[1]   The Clerk of the Court entered the default against defendant GHI, Inc., the only named defendant in Case No. 8:19-cv-02129 (ECF No. 343).  There has been no judgment entered against this party to date.

3

**FINAL JUDGMENT**

## FINAL JUDGMENT IN A CIVIL CASE

**A.**     The parties in these consolidated actions and subject to this Final Judgment in a Civil Case (the "**Judgment**") include Plaintiff ABC SERVICES GROUP, INC., in its capacity as assignee for the benefit of creditors of Morningside Recovery, LLC ("**Plaintiff**") on the one hand, and defendants HEALTH NET OF CALIFORNIA, INC.; HEALTH NET LIFE INSURANCE COMPANY; HEALTH NET, INC.; HEALTH NET HEALTH PLAN OF OREGON, INC.; HEALTH NET OF ARIZONA, INC.; UNITED HEALTHCARE SERVICES, INC.; UNITED BEHAVIORAL HEALTH; OPTUM SERVICES, INC; USABLE MUTUAL INSURANCE COMPANY, doing business as ARKANSAS BLUE CROSS AND BLUE SHIELD and BLUE CROSS AND BLUE SHIELD OF ARKANSAS BLUE ADVANTAGE; BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.; BLUE CROSS AND BLUE SHIELD OF KANSAS CITY; BLUE CROSS AND BLUE SHIELD OF MISSISSIPPI; HEALTH CARE SERVICE CORPORATION, doing business as BLUE CROSS AND BLUE SHIELD OF OKLAHOMA; BLUE CROSS AND BLUE SHIELD OF ALABAMA; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; ANTHEM, INC., dba ANTHEM HEALTH, INC.; BLUE CROSS OF CALIFORNIA, INC.; THE ANTHEM COMPANIES OF CALIFORNIA, INC.; BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY; CALIFORNIA PHYSICIAN'S SERVICE; HUMANA HEALTH PLAN OF CALIFORNIA, INC.; HUMANA BEHAVIORAL HEALTH, INC.; HUMANA, INC.; HUMANA INSURANCE COMPANY; HUMANA HEALTH PLAN, INC.; HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC.; HUMANA HEALTH BENEFIT PLAN OF LOUISIANA, INC.; HUMANA HEALTH PLAN OF TEXAS, INC.; AETNA HEALTH AND LIFE INSURANCE COMPANY; BLUECROSS BLUESHIELD OF TENNESSEE, INC.; SCOTT AND WHITE HEALTH PLAN; SCOTT AND WHITE HEALTHCARE; SCOTT AND WHITE CARE PLANS; COMPSYCH CORPORATION; CIGNA HEALTHCARE OF CALIFORNIA, INC.; CIGNA BEHAVIORAL HEALTH OF CALIFORNIA,

4

INC.; CIGNA HEALTH AND LIFE INSURANCE COMPANY; HMC HEALTHWORKS, INC.; UNITED MEDICAL RESOURCES, INC.; CONNECTICARE, INC.; PACIFICSOURCE HEALTH PLANS; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC.; EMBLEMHEALTH PLAN, INC.; MEDICAL MUTUAL OF OHIO; MEDICAL MUTUAL SERVICES, LLC; GROUP HEALTH PLAN, INC., doing business as HEALTHPARTNERS, INC.; GOLDEN RULE INSURANCE COMPANY; AMERIHEALTH INSURANCE COMPANY OF NEW JERSEY, doing business as AMERIHEALTH NEW JERSEY; MERITAIN HEALTH, INC.; BEACON HEALTH OPTIONS, INC.; BEACON HEALTH STRATEGIES, LLC; VALUEOPTIONS OF CALIFORNIA, INC.; COVENTRY HEALTH CARE, INC.; MERITAIN HEALTH, INC.; MHNET SPECIALTY SERVICES, LLC; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC.; PROVIDENCE HEALTH PLAN; PROVIDENCE HEALTH ASSURANCE; PROVIDENCE HEALTH & SERVICES; FIRST HEALTH GROUP CORPORATION; MOLINA HEALTHCARE, INC.; and MOLINA HEALTHCARE OF CALIFORNIA, INC. (collectively "**Consolidated Defendants**" or "**Defendants**") on the other.

**B.**     On November 27, 2019, this Court issued its Minute Order within which the Hon. David O. Carter ordered Plaintiff to "file with the Court a table listing (i) the unique causes of action raised across all complaints in these consolidated cases, and (ii) the Defendants against which each cause of action is asserted."  [ECF No. 125, page 1.]

**C.**     On December 9, 2019, Plaintiff filed its Response to November 27, 2019 Minute Order.  [ECF No. 150.]

**D.**     On January 21, 2020, Defendants filed their Motion to Dismiss the Consolidated Complaints filed by Plaintiff (the "**Consolidated Motion to Dismiss**"). [ECF No. 223.]

**E.**     On May 4, 2020, this Court issued its Order Granting Defendants' Consolidated Motion to Dismiss, within which the Hon. David O. Carter ruled as

**FINAL JUDGMENT**

follows:

1.      The Court dismissed <u>with prejudice</u> Plaintiff's claims under ERISA.

2.      The Court dismissed <u>with prejudice</u> Plaintiff's state law claims relating to the administration of an ERISA plan;

3.      The Court dismissed <u>without prejudice</u> Plaintiff's breach of contract claims relating to non-ERISA plans;

4.      The Court dismissed <u>with prejudice</u> Plaintiff's claims for promissory estoppel;

5.      The Court dismissed <u>with prejudice</u> Plaintiff's claims for *quantum meruit*;

6.      The Court dismissed <u>with prejudice</u> Plaintiff's claims for open book account; and

7.      The Court dismissed <u>with prejudice</u> Plaintiff's abandoned claims for breach of the implied covenant of good faith and fair dealing, breach of implied contract, unfair competition and violation of California Health and Safety Code.

8.      Additionally, the Court ruled that Plaintiff had personal jurisdiction over all of the moving defendants in the Consolidated Motion to Dismiss. A true and correct copy of this Court's May 4, 2020 Minute Order is attached hereto and incorporated herein by this reference as <u>Exhibit A</u>. [ECF No. 383]

F.      On May 7, 2020, Plaintiff filed its Consolidated Amended Complaint. [ECF No. 386.]

G.      On May 18, 2020, Plaintiff filed its Motion for Entry of Judgment pursuant to Rule 54(b) as to ERISA claims for relief only.  [ECF No. 407.]

H.      On May 28, 2020, Consolidated Defendants filed their Motion to Dismiss the Consolidated Amended Complaint.  [ECF No. 411.]

**FINAL JUDGMENT**

**I.** On July 1, 2020, this Court denied Plaintiff's Motion for Entry of Judgment pursuant to Rule 54(b) as to ERISA claims for relief only, a true and correct copy of which is attached hereto and incorporated herein by this reference as <u>Exhibit B</u>. [ECF No. 434.]

**J.** On July 29, 2020, this Court granted Consolidated Defendants Motion to Dismiss the Consolidated Amended Complaint <u>with prejudice</u>, a true and correct copy of which is attached hereto and incorporated herein by this reference as <u>Exhibit C</u>. [ECF No. 443.]

**K.** In the Court's July 29, 2020 Order, the Hon. David O. Carter ordered Plaintiff to file a list of the remaining defendants in this case, the case number(s) corresponding to each remaining defendant, and the claim(s) asserted against each remaining defendant. [*Id.* at page 6.]

This Court, finding no further claims remain against any of the Consolidated Defendants in the Lead Case or any of the Consolidated Cases, hereby **GRANTS FINAL JUDGMENT** in favor of Consolidated Defendants and against Plaintiff based upon this Court's Minute Orders as set forth in ECF Nos. 407 and 434.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**IT IS SO ORDERED.**

Dated: August 3, 2020

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

7

**FINAL JUDGMENT**